The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GHOBAD GHASEMPOUR, <br><br> Defendant. | NO. 17-mj-00120 <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE SCHEDULED FOR MARCH 5, 2018 |

This Court has considered the Joint Motion to Continue Status Conference Scheduled for March 5, 2018, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that the Joint Motion to Continue Status Conference Scheduled for March 5, 2018 is GRANTED. The status conference is continued until April 16, 2018 at 10am.

DATED this 2 day of March, 2018.

_____
for BRIAN A. TSUCHIDA
United States Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT MOTION
TO CONTINUE STATUS CONFERENCE
SCHEDULED FOR MARCH 5, 2018 – 1

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

2253697.docx